

ORIGINAL

FILED

01/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0700

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0700

JEREMY LOOK,

    Cross-Claimant and Appellant,

v.

CASEY McGOWAN, MEGAN McGOWAN AND
KAREN SPAWN McGOWAN,

    Cross-Defendants and Appellees.

FILED

JAN 0 5 2023

Bowen Greenwood
Clerk of Supreme Court

O R D E R

The parties have stipulated to the dismissal of First American Title Company of Montana as a party in this case. Good cause appearing,

IT IS HEREBY ORDERED that First American Title Company of America is dismissed as a party, and the case shall be captioned as above.

DATED this 5th day of January, 2023.

For the Court,

_____
Chief Justice